# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PRICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　Defendant. | Case No. 1:25-cv-00807-SAB<br><br>ORDER SETTING OCTOBER 8, 2025 HEARING REGARDING DEFENDANT'S MOTION TO DISQUALIFY<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO NOVEMBER 13, 2025<br><br>**AUGUST 15, 2025 DEADLINE** |

On July 2, 2025, Defendant removed this action from Fresno County Superior Court. (ECF No. 1.) On July 28, 2025, Defendant filed a motion to disqualify the law firm currently representing Plaintiff and any attorney currently employed by the same law firm from its representation of Plaintiff. (ECF No. 6.) The motion was set for hearing on September 15, 2025 before the then-assigned District Judge. The then-assigned District Judge ordered that the parties meet and confer regarding the pending motion and granted an additional fourteen day extension to the opposition and reply deadlines. (ECF No. 8.) On August 1, 2025, Defendant filed a declaration proffering that counsel discussed the pending motion telephonically, but they were unable to resolve the dispute at issue. (ECF No. 9.) Both parties have since consented to the jurisdiction of a magistrate judge, and this matter has been assigned to the undersigned for all purposes. (ECF Nos. 5, 10, 11.)

///

Given the then-assigned District Judge's July 29, 2025 minute order, Plaintiff's opposition is currently due on August 25, 2025. Defendant's reply, if any, shall comply with Local Rule 230(d).

To accommodate the modified briefing schedule and the Court's unavailability, the Court shall set the hearing regarding Defendant's motion for October 8, 2025 at 10:00 a.m. If the parties are unavailable, the parties are directed to contact the courtroom deputy at jnguyen@caed.uscourts.gov to reschedule.

To accommodate the pending motion, the Court shall also continue the scheduling conference currently set for September 11, 2025.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing regarding Defendant's motion to disqualify is SET for **October 8, 2025 at 10:00 a.m.** in Courtroom 9 before Magistrate Judge Stanley A. Boone; and

2. The initial scheduling conference is CONTINUED to **November 13, 2025 at 11:00 a.m.** in Courtroom 9 before Magistrate Judge Stanley A. Boone. A Joint Scheduling Report is due **one week** before the new conference date.

IT IS SO ORDERED.

Dated:   **August 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge